**Entered on Docket**
**August 19, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for    Secured Creditor CITIBANK, N.A., AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LORI JEAN SMITH,<br><br>          Debtor(s). | Bankruptcy Case No. BK-S-09-18004-mkn<br>Chapter 7<br><br>CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    July 24, 2009<br>Time:    1:30 p.m. |

1   A hearing on Secured Creditor Citibank, N.A., as Trustee for the
2   Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust,
3   Mortgage Pass-Through Certificates, Series 2007-2's Motion for Relief From the Automatic Stay
4   came on regularly for hearing in the United States Bankruptcy Court before the Honorable Linda
5   B. Riegle.

6   The court having duly considered the papers and pleadings on file herein and
7   being fully advised thereon and finding cause therefor:

8   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9   The automatic stay of 11 United States Code section 362 is hereby immediately
10  terminated as it applies to the enforcement by Movant of all of its rights in the real property
11  under the Note and Deed of Trust encumbering the real property commonly known as 2120
12  Pipeline Beach Court, North Las Vegas, Nevada 89081 ("Real Property"), which is legally
13  described as:

> LOT 101, OF FINAL MAP OF TROPICAL AND LAWRENCE UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 128 OF PLATS, PAGE 26, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

18  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may
19  offer and provide Debtor with information re: a potential Forbearance Agreement, Loan
20  Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and
21  may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to
22  enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this
23  bankruptcy case.

24  APPROVED/DISAPPROVED

26  _____
    TIMOTHY S. CORY
    TRUSTEE

28  /./././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

_____
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #10376
Attorney for CITIBANK, N.A.,
AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC., BEAR
STEARNS ALT-A TRUST,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-2